# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA 10-10-17

| | |
|---|---|
| United States of America<br>v.<br>Mauro Alejandro Santiago Ruiz,<br>a.k.a.: Alejandro Santiago-Ruiz,<br>a.k.a.: Mauro Alejandro Santiago,<br>a.k.a.: Alejandro Muro Santiago-Ruiz,<br>(A200 829 308)<br>*Defendant* | )<br>)<br>) Case No. 17-8412MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 3, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Mauro Alejandro Santiago Ruiz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 7, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brandon Brown

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 11, 2017

*Judge's signature*

John Z. Boyle,
City and state: Phoenix, Arizona                United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On May 3, 2017, Mauro Alejandro Santiago Ruiz was arrested by the Arizona Department of Public Safety and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at MCJ, Santiago Ruiz was examined by ICE Officer S. Wilkinson who determined Santiago Ruiz to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On October 10, 2017, Santiago Ruiz was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Santiago Ruiz was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Mauro Alejandro Santiago Ruiz to be a citizen of Mexico and a previously deported alien. Santiago Ruiz was removed from the United States to Mexico through Nogales, Arizona, on or about June 7, 2016, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Santiago Ruiz in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland

1

Security to return to the United States after his removal. Santiago Ruiz's immigration history was matched to him by electronic fingerprint comparison.

4. On October 10, 2017, Mauro Alejandro Santiago Ruiz was advised of his constitutional rights. Santiago Ruiz freely and willingly agreed to provide a statement under oath. Santiago Ruiz stated that his true and complete name is Mauro Alejandro Santiago Ruiz and that he is a citizen of Mexico. Santiago Ruiz stated that he illegally entered the United States one (1) year ago through "Sonoyta." Santiago Ruiz further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about May 3, 2017, Mauro Alejandro Santiago Ruiz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

///

///

///

at or near Nogales, Arizona, on or about June 7, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 11th day of October, 2017.

_____
John Z. Boyle,
United States Magistrate Judge